628 P.2d 231

CITY OF KETCHUM, a municipal corporation, Plaintiff-Counterdefendant,

v.

Carl CURTIS, Defendant-Counterclaimant-Third Party Plaintiff-Appellant,

v.

Gerald N. SEIFFERT, an individual, and as Mayor of the City of Ketchum; James W. Phillips, as individual, and as Ketchum City attorney; Wesley K. Nash, as individual and as Ketchum Building Inspector; and Russ Pinto, as individual and as authorized representative of the City of Ketchum, Third Party Defendants-Respondents.

No. 13568.

Supreme Court of Idaho.

May 7, 1981.

R. B. Rock, Paul S. Street and Jon S. Gorski, of Moffatt, Thomas, Barrett & Blanton, Boise, for defendant-counterclaimant-third-party plaintiff-appellant.

Ryan Peter Armbruster, Boise, for plaintiff-counterdefendant.

PER CURIAM.

This is an appeal from the award of attorney fees to the third party defendants-respondents after the dismissal of the third party complaint of the third party plaintiff-appellant. At present, there has been no resolution of the other claims in this multiple claim and multiple party action. The appellant did not obtain I.R.C.P. 54(b) certification for this appeal. Appeal dismissed. No attorney fees on appeal.